**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re: JESSICA SANDERS, DEBTOR                                      Case No.: 24-10888

                                                                                              Chapter: 13

## MOTION FOR REINSTATEMENT

COMES NOW Debtor, by and through his attorney and, respectfully represents:

    1. Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code on March 26, 2024.

    2. Debtor Failed to pay filing fee installment.

    3. Debtor Failed to pay filing fee installment, and her case was subsequently dismissed.

    4. The remaining balance of the final filing fee was sent to the court at the time of the filing of this motion and will be paid in full.

    5. This application is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted reinstatement.

    WHEREFORE, Debtors requests, Pursuant to Rule 9024 of the Rules of Bankruptcy Procedure and Fed.R.Civ.P. 60(b) that this Court reinstate their case under chapter 13 of the Bankruptcy Code

    This the June 7, 2024.

                                                          Respectfully submitted,
                                                          JESSICA SANDERS, DEBTOR
                                                          By: /s/John Fitzgerald Hughes
                                                          MSB No. 100711

HUGHES LAW GROUP, PLLC
5847 Getwell Road
Building C, Suite 1
Southaven, MS 38672
662.298.3607
877.484.4372 (fax)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 24-10888-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Fri Jun  7 17:08:50 CDT 2024 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | American Credit Acceptance<br>961 East Main Street<br>Spartanburg SC 29302-2149 |
| Arco Collection Services LLC<br>5050 Poplar Avenue  Suite 508<br>Memphis, TN 38157-0508 | Arco Collections<br>PO Box 771559<br>Memphis, TN 38177-1559 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| BMH-COLLIERVILLE SP-MC-E<br>PO Box 1567<br>Paris, TN 38242-1567 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | Cks Prime Investments<br>1800 State Route 34<br>Wall, NJ 07719-9168 |
| Comenity Capital Bank<br>320 E Big Beaver Rd<br>Troy, MI 48083-1238 | Credit Bureau Systems, Inc.<br>Attn: Bankruptcy<br>25 Jefferson St<br>Ste 200A<br>Clarksville, TN 37040-4657 | Fingerhut<br>13300 Pioneer Trl<br>Eden Prairie, MN 55347-4120 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| First South Financial<br>6471 Stage Rd<br>Bartlett, TN 38134-2844 | Genesis Fs Card Services Inc.<br>1800 State Route 34<br>Wall, NJ 07719-9168 | John F Hughes<br>Hughes Law Group, PLLC<br>5847 Getwell Road<br>Building C, Suite 1<br>Southaven, MS 38672-6816 |
| Intercoastal Financial Llc<br>7954 Transit Rd #136X<br>Williamsville, NY 14221-4117 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding LLC<br>6801 S. Cimarron Road Suite 424-J<br>Las Vegas, NV 89113-2273 | Lvnv Funding LLC<br>PO Box 1269<br>Greenville, SC 29602-1269 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| METHODIST LEBONHEUR HEALTHCARE<br>1350 CONCOURSE AVE<br>SUITE 600<br>MEMPHIS, TN 38104-2028 | Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Midland Credit Managem<br>320 E Big Beaver Rd<br>Troy, MI 48083-1271 | Midland Funding/Midland Credit Mgmt<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Mscb Inc<br>PO Box 1567<br>Paris, TN 38242-1567 |

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes Barre, PA 18773-9500

Navient
PO Box 300001
Greenville, TX 75403-3001

Navy Fcu
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

Navy Fcu
PO Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recov Assoc
140 Corporate Blvd
Norfolk, VA 23502-4952

Quantum3 Group LLC as agent for
CKS Prime Investments LLC
PO Box 788
Kirkland, WA 98083-0788

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SPECIALTY PHYS GRP-SUTHERLAND
1350 CONCOURSE AVE
SUITE 600
MEMPHIS, TN 38104-2028

Jessica Sanders
770 Gardner Road
Holly Springs, MS 38635-8376

Sanders & Stanton, LLC
100 Clarice Drive
Holly Springs, MS 38635-7676

Self Inc/Lead Bank Communtiy Bank
901 E 6th St
Austin, TX 78702-3206

Self Inc/Lead Bank Communtiy Bank
Attn: Bankruptcy
1801 Main St
Kansas City, MO 64108-2352

Synchrony Bank
140 Corporate Blvd
Norfolk, VA 23502-4952

Synovus Bank
201 E McBee Ave
Greenville, SC 29601-2885

Target Nb
C/O Financial & Retail Services Mailstop
PO Box 9475
Minneapolis, MN 55440-9475

Target Nb
PO Box 673
Minneapolis, MN 55440-0673

Truist Bank
Bankruptcy Department
PO Box 85092
Richmond, VA 23285-5092

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

Velocity Investments, LLC
Attn: Bankruptcy
1800 Route 34N
Ste 305
Wall, NJ 07719-9146

Verizon Wireless
500 Technology Drive Suite 550
Saint Charles, MO 63304-2225

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr
Ste 599
Saint Charles, MO 63304-2225

WEBBANK
215 S. State St. Suite 1000
Salt Lake City, UT 84111-2336

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corp
Attn: Bankruptcy
620 Market St
Knoxville, TN 37902-2231

(d)21st Mortgage Corp
PO Box 477
Knoxville, TN 37901

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

| | | |
|---|---|---|
| (d)Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk, VA 23502-4952 | Republic Finance<br>8230 Camp Creek Rd<br>Ste<br>Olive Branch, MS 38654-1636 | (d)Republic Finance, LLC<br>282 Tower Road<br>Ponchatoula, LA 70454 |

**End of Label Matrix**
Mailable recipients    53
Bypassed recipients     0
Total                  53