**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| JESSICA SANDERS | 24-10888-JDW |

### AGREED ORDER DENYING MOTION FOR REINSTATEMENT (DKT. #40)

THIS MATTER came before the Court on the Motion for Reinstatement (Dkt. #40) (the "Motion") filed by the Debtor and the Objection to the Motion (Dkt. #48) filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). Upon agreement of the parties,

IT IS THEREFORE ORDERED that the Motion shall be and is hereby denied. This case shall remain dismissed.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ John F. Hughes
JOHN F. HUGHES
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392